IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| WILLIAM STARBUCK, <br><br> Plaintiff, <br> vs. <br><br> RJ. REYNOLDS TOBACCO COMPANY, *et al*., <br><br> Defendants. | No. 3:09-CV-13250-WGY-HTS <br><br> **ORDER ON DEFENDANTS' MOTION TO PRECLUDE ATTORNEY-CONDUCTED VOIR DIRE** |

_____

    I have been designated as a visiting judge to retry this "*Engle* progeny case," and pending motions have been assigned to me. This case is before me on the defendants' November 14, 2014, Motion To Prelude Attorney-Conducted Voir Dire (docket no. 135). Although the plaintiff has not yet filed a response, the issues in the present Motion were also raised and fully briefed in relation to the plaintiffs' "all cases" motion in *In re: Engle Progeny Cases*, No. 3:09-CV-10000, Plaintiffs' Renewed Motion For Improved Jury Selection (docket no. 1621), so that I conclude that both parties have been heard on the pertinent issues.

    I have always allowed lawyer-conducted voir dire in my 20+ years as a district court judge and my 2+ years as a U.S. Magistrate Judge. Indeed, in one case, I allowed the lawyers to virtually conduct their own voir dire for 15 days. However, based on my review of the trial transcript of voir dire in *Starbuck I*, the briefs filed in relation to the "all cases" motion, and the defendants' brief filed in this case in support of the present Motion, I conclude that the defendants' November 14, 2014, Motion To Prelude Attorney-Conducted Voir Dire (docket no. 135) is **granted in part and denied in part**.

Specifically, at my request, the lawyers are being provided very extensive non-smoking-related questionnaires from the prospective jurors in advance of trial. This reduces the need for lawyer-conducted voir dire. I will conduct the majority of the voir dire, but will give the lawyers 20 minutes per party to ask any non-argumentative follow-up questions relating to my voir dire or the prospective jurors' questionnaire answers.

**IT IS SO ORDERED**.

**DATED** this 18th day of November, 2014.

*/s/ Mark W. Bennett*
_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA
VISITING JUDGE